THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:13-cv-00518-RJC-DSC

| | |
|---|---|
| PNC BANK, N.A. | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| SMART HARBOR, LLC, LANG FAMILY FARMS, LLC and MICHAEL W. LANG, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Consent Motion to Stay Initial Attorney's Conference", pursuant to Rule 16.1 of the Local Rules Governing Civil Cases for the United States District Court for the Western District of North Carolina. Having considered the Motion and Defendants' counsel's consent to the same and conferred with the chambers of the Honorable Robert J. Conrad, Jr., the District Judge assigned to this case, the Court concludes that the Initial Attorney's Conference should be stayed until May 1, 2014.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Consent Motion to Stay Initial Attorney's Conference" is **GRANTED.** The parties shall complete the Initial Attorney's Conference by May 1, 2014 unless a stipulation of dismissal is filed.

**SO ORDERED**.

Signed: March 24, 2014

David S. Cayer
United States Magistrate Judge